UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROMOFF and JOE SICILIANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 21-cv-00938-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

On December 2, 2021, the Court issued an Order granting Defendant General Motors LLC's Motion to Dismiss Plaintiffs' Class Action Complaint and permitting Plaintiffs Robert Romoff and Joe Siciliano to file a motion for leave to amend within thirty days. (ECF No. 15). On January 3, 2022, Plaintiffs filed a Notice that stated: "Plaintiffs do not intend to move for leave to amend their Class Action Complaint . . . and respectfully request that the Court enter a final Order dismissing this action." (ECF No. 16 at 2).

///
///
///

1   IT IS HEREBY ORDERED that the action is dismissed.  The Clerk of the Court
2   shall close the case.

3   Dated:  January 18, 2022

   *William Q. Hayes* (signature)
4   Hon. William Q. Hayes
   United States District Court